IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01852-WYD-KMT

PAUL OTENG; and
B.D. GOLDFIELDS, LTD.,

    Plaintiffs,

v.

GOLDEN STAR RESOURCES, LTD.; and
ST. JUDE RESOURCES, LTD.,

    Defendants.

---

## ORDER

---

THIS MATTER comes before the Court upon a review of Defendants' Motion to Dismiss and Memorandum In Support and Plaintiffs' Response and Opposition thereto. Both pleadings attach affidavits and/or other evidence outside of the pleadings in this matter. Further, Plaintiffs' Response asserts that the motion to dismiss is really a motion for summary judgment.

Pursuant to the Federal Rules, if a court considers matters outside of the pleadings, a motion to dismiss pursuant to Rule 12(b)(6) should be treated as a motion for summary judgment. FED. R. CIV. P. 12(b); *Lucero v. Gunter*, 52 F.3d 874, 877 (10th Cir. 1995). Conversion of the motion to dismiss to a summary judgment motion may also be appropriate where, even though the motion does not rely on matters outside the pleadings, plaintiff's response attaches such materials which are then considered by the court in deciding the motion. *See Whitesel v. Sengenberger*, 222 F.3d 861, 866 (10th

Cir. 2000). Further, if I treat Defendants' motion as a motion for summary judgment, it does not comply with my Practice Standards.

However, I note that Defendants seek dismissal under Rules 12(b)(1), 12(b)(2), and 12(b)(5) as well as 12(b)(6). I am unable to determine from Defendants' motion whether the attached exhibits are relied on in connection with the portion of the motion that seeks dismissal under Rule 12(b)(6), another portion of Rule 12, or both. The same is true as to Plaintiffs' response. If the exhibits are submitted, even in part, to support the motion to dismiss or the response as to Rule 12(b)(6), then conversion of the motion to dismiss to a motion for summary judgment would seem to be appropriate. If the motion is converted to a summary judgment motion, I must also consider whether to strike the motion and have Defendants submit a new summary judgment motion that complies with my Practice Standards. To assist me in resolving this matter, it is

ORDERED that on or before **Friday, December 19, 2008**, the parties shall file a brief statement addressing these issues.

Dated: December 11, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge