IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-01852-WYD-KMT

PAUL OTENG,
B.D. GOLDFIELDS, LTD.,

    Plaintiffs,

v.

GOLDEN STAR RESOURCES, LTD., and
ST. JUDE RESOURCES, LTD.

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's Unopposed Motion for Leave to Participate in January 5, 2009 Scheduling Conference by Telephone" (#37, filed October 8, 2008) is GRANTED. Counsel is directed to telephone chambers at 303-335-2780 at 9:30 a.m. on January 5, 2008.

Dated: December 31, 2008.