**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: March 19, 2009 |
| E.C.R./Reporter: Therese Lindblom | |

| | |
|---|---|
| Civil Action No: **08-cv-01852-WYD-KMT** | Counsel: |
| **PAUL OTENG**, | John S. Lopatto, III |
| Plaintiff, | |
| v. | |
| **GOLDEN STAR RESOURCES, LTD. et al.**, | Tom McNamara |
| Defendants. | |

**COURTROOM MINUTES**

**HEARING ON DEFENDANTS' MOTION TO DISMISS and DEFENDANTS' MOTION FOR COSTS, INCLUDING ATTORNEYS' FEES, AND FOR STAY OF PROCEEDINGS**

**2:35 p.m.**      Court in Session

                APPEARANCES OF COUNSEL.

                Court's opening remarks.

                Defendants' Motion to Dismiss [doc. #13], filed November 6, 2008, is raised for argument.

2:39 p.m.      Argument by Plaintiff (Mr. Lopatto).

2:53 p.m.      Argument by Defendants (Mr. McNamara).

3:27 p.m.      Argument by Plaintiff (Mr. Lopatto).

4:02 p.m.      Argument by Defendants (Mr. McNamara).

-1-

| | |
|---|---|
| 4:05 p.m. | Argument by Plaintiff (Mr. Lopatto). |
| 4:09 p.m. | Argument by Defendants (Mr. McNamara). |

Defendants' Motion for Costs, Including Attorney Fees, and for Stay of Proceedings Pursuant to Fed. R. Civ. P. 41(d) [doc. #20], filed November 11, 2008, is raised for argument.

| | |
|---|---|
| 4:09 p.m. | Argument by Defendants (Mr. McNamara). |
| 4:13 p.m. | Argument by Plaintiff (Mr. Lopatto). |

**ORDERED:** Defendants' Motion to Dismiss [doc. #13], filed November 6, 2008, is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** Defendants' Motion for Costs, Including Attorney Fees, and for Stay of Proceedings Pursuant to Fed. R. Civ. P. 41(d) [doc. #20], filed November 11, 2008, is **TAKEN UNDER ADVISEMENT.**

Court indicates a written order will follow.

**4:15 p.m.** Court in Recess - HEARING CONCLUDED

**TOTAL TIME: 1:40**